UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Jacksonville Division

### CIVIL RIGHTS COMPLAINT FORM

Daryl Cortez Black DC#0-128690

CASE NUMBER: 3:23-cv-1424-BJD-JBT
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Joseph C.Brabetti, Ronnie Weem, Dr. E. Emanoilidis, C. Neel,

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Suwanne Correctional Institution, 5964 U.S.
(Indicate the name and location)
Highway 90, Live Oak, Florida 32060

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS:

DC 225 (Rev 2/2012)   1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?  Yes ( )  No (✓)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?  Yes ( )  No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): _____

      _____

      Defendant(s): _____

      _____

   2. Court (if federal court, name the district; if state court, name the county):

      _____

   3. Docket Number: _____

   4. Name of judge: _____

   5. Briefly describe the facts and basis of the lawsuit: _____

      _____

      _____

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

      _____

      _____

   7. Approximate filing date: _____

   8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____

_____

_____

IV.  PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.  Name of Plaintiff: Daryl Cortez Black (#O-128690)

   Mailing address: _____

   _____

B.  Additional Plaintiffs: _____

   _____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant: Joseph Carabetti

   Mailing Address: Florida State Prison-Main Unit, P.O. Box 800, Raiford, Florida 32083

   Position: Correctional Officer (in 2021)

   Employed at: Florida State Prison-Main Unit

D.  Defendant: Ronnie Weems

   Mailing Address: Florida State Prison-Main Unit, P.O. Box 800, Raiford, Florida 32083

Position: Sergeant (in 2021)

Employed at: Florida State Prison-Main Unit

E. Defendant: Dr. E. Emanoilidis

Mailing Address: Florida State Prison-Main Unit, P.O. Box 800, Raiford, Florida 32083

Position: Psych. Doctor

Employed at: Florida State Prison-Main Unit

F. Defendant: C. Neel

Mailing Address: Bureau of Grievance Appeals, 501 S. Calhoun Street, Tallahassee, FL 32399

Position: Secretary of FDOC's Representative

Employed at: Bureau of Grievance Appeals/Central Office

G. Defendant: _____

Mailing Address: _____

Position: _____

Employed at: _____

V. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

The 8TH Amendment of the Constitution:"Cruel and Unusual", PREA 42 U.S.C. §15601(13), 42 U.S.C. §15603(1), 14TH Amendment of the Constitution: "Equal Protection of Law, and ~~F.S. §20.315(d)~~ F.S. §20.315(d), Deliberate-Indifference.

VI. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

I submitted grievances for two years to receive protection from rape by guard C/O Joseph Carabetti (Log#20-6-30135), (Log#20-6-33788), (20-6-40392), (20-6-38291) Approved PREA CLAIM from Nov. 25, 2020. I also seeked help from mental health with a sick-call to Dr. G. Emanoilidis informing him of the threat of rape by Joseph Carabetti, Nov. 19-20, 2019. On Dec. 11, 2020 I received grievance Log#2012-205-002 informing me that the threat of rape by Joseph Carabetti was documented. Then on Dec. 2, 2020 I received Log#20-6-38291 informing me that my PREA allegations on Joseph Carabetti was Approved. Yet and still I was allowed to be pushed into a cell of camera that can see into the cell, by

DC 225 (Rev 2/2012)                                         5

Joseph Carabetti Co-defended by Sgt. Ronnie Weems. They sexually Abused me, beat me and left me in handcuffs to die! Showing malice and attraction that put me in PREA DANGER. The Cameras of Wing showing (W327(6) show me in handcuffs and Shackles being put in the cell by force from Joseph Carabetti without reason, disciplinary report log # 205-210383 reports this, as they tried to cover it up, insufficiently. Though I had sought protection for two years on Feb. 24, 2021 @ 11A.M. - 1P.M. I was allowed to be raped by the Guard Joseph Carabetti and his Co-defendant as stated above.

I filed a grievance all the way to Bureau of Grievance Appeals, the last remedy that has to be exhausted and they Approved my above cited PREA Allegations, Log # 21-6-07874. They seen grievance Log #'s that were up to two years old and then once raped years later by the grieved guard and Co-defendant I was still given NO ADEQUATE REMEDY. The Log # 21-6-07874 was given to me by March 24, 2021 at Wakulla C.I., because Mar. 1, 2021 I was transferred from Florida State Prison-M/u and Joseph Carabetti was allowed to be the guard tell me to "Strip-Search", around 4A.m.- 7A.m., even after the sexual and physical abuse took place. FSP-m/u even has an RULE "NO employees can enter cells with a prisoner inside the cell". This can't be refuted nor denied.

VII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Serverly Punish the involved defendants, Monetary Compensation of $200,000.00 for/technical

murder)(RAPE THAT IS), and Freedom from Florida Department OF Correctional Institution(es) for failure to obey U.S. Constitution and Florida Statutes; this remedy is only pertaining to the February 24, 2021 PREA SEXUAL ABUSE AND BATTERY I tried to prevent for 2 Years.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this  27  day of  November , 2023.

_____
(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the  27  day of  November , 20 23 .

LEGAL MAIL
Provided to
Wakulla CI

? 7 2023

F.O.R. N...